Bashir Eustache (Bar No. 241759)
Amusement Industry, Inc.
520 W. Willow Street
Long Beach, California 90806
Tel.:   (310) 861-4699
Fax:   (562) 332-6090
E-mail:      bashir.e@WestlandREG.com

Attorneys for Defendant SMART REAL ESTATE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ,<br><br>              Plaintiff,<br><br>vs.<br><br>ERIC SONGHO LEE, an individual,<br>SMART REAL ESTATE, a California<br>corporation; and DOES 1-10,<br>inclusive,<br><br>              Defendants. | CASE NO.: 5:19-cv-00389<br><br>**DEFENDANT SMART REAL<br>ESTATE'S ANSWER TO PLAINTIFF<br>JOSEPH SANCHEZ'S COMPLAINT;** |

Defendant Smart Real Estate ("Answering Defendant") admits and denies certain portions of Plaintiff Joseph Sanchez's ("Plaintiff") complaint as follows:

1.     Answering paragraph 1, Answering Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations contained therein and basing its denial on that ground, denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.

2.     Answering paragraph 2, this Answer Defendant admits that the complaint alleges that Plaintiff seeks to bring this action as a "private attorney

1

1   general."

2       3.    Answering paragraph 3, Answering Defendant that it is a California

3   Corporation and that it is the owner and lessor of the real property located at 1920

4   E. Highland Ave, San Bernardino, California 92420 ("Property") on or around

5   January 14, 2019.

6       4.    Answering paragraph 4, Answering Defendant admits that it is a

7   California Corporation and that it is the owner and lessor of the real property

8   located at 1920 E. Highland Ave, San Bernardino, California 92420 ("Property")

9   on or around January 14, 2019.

10      5.    Answering paragraph 5, Answering Defendant admits that it leases the

11  subject property to WaBa grill which operates at that location.

12      6.    Answering paragraph 6, Answering Defendant admits that it leases the

13  subject property to WaBa grill which operates at that location.

14      7.    Answering paragraph 7, this Answering Defendant lacks sufficient

15  knowledge or information to form a belief as to the truth of the allegations

16  contained therein and basing its denial on that ground, denies generally and

17  specifically, in the conjunctive and disjunctive, each and every allegation

18  contained therein.

19      8.    Answering paragraph 8, this Answering Defendant does not contest

20  jurisdiction.

21      9.    Answering paragraph 9, this Answering Defendant does not contest

22  jurisdiction.

23      10.    Answering paragraph 10, this Answering Defendant does not contest

24  venue.

25      11.    Answering paragraph 11, this Answering Defendant lacks sufficient

26  knowledge or information to form a belief as to the truth of the allegations

27  contained therein and basing its denial on that ground, denies generally and

28  specifically, in the conjunctive and disjunctive, each and every allegation

Defendant's Answer to Complaint

1  contained therein.

2      12.    Answering paragraph 12, Answering Defendant admits that it leases

3  the subject property to WaBa grill which operates at that location.

4      13.    Answering Paragraph 13, Answer Defendant admits that parking is

5  available for WaBa grill customers at the subject property.

6      14.    Answering paragraph 14, to the extent that the allegations are an

7  incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant

8  denies generally and specifically, in the conjunctive and disjunctive, each and

9  every allegation contained therein.  To the extent that paragraph 14 contains legal

10  conclusions, Answering Defendant need not respond.

11      15.    Answering paragraph 15, to the extent that the allegations are an

12  incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant

13  denies generally and specifically, in the conjunctive and disjunctive, each and

14  every allegation contained therein.  To the extent that paragraph 15 contains legal

15  conclusions, Answering Defendant need not respond.

16      16.    Answering paragraph 16, to the extent that the allegations are an

17  incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant

18  denies generally and specifically, in the conjunctive and disjunctive, each and

19  every allegation contained therein.  To the extent that paragraph 16 contains legal

20  conclusions, Answering Defendant need not respond.  Answering Defendant

21  otherwise lacks sufficient knowledge or information to form a belief as to the truth

22  of the allegations contained therein and basing its denial on that ground, denies

23  generally and specifically, in the conjunctive and disjunctive, each and every

24  allegation contained therein.

25      17.    Answering paragraph 17, this Answering Defendant denies generally

26  and specifically, in the conjunctive and disjunctive, each and every allegation

27  contained therein.

28      18.    Answering paragraph 18, this Answering Defendant denies generally

3

1    and specifically, in the conjunctive and disjunctive, each and every allegation

2    contained therein.

3        19.    Answering paragraph 19, this Answering Defendant denies generally

4    and specifically, in the conjunctive and disjunctive, each and every allegation

5    contained therein.

6        20.    Answering paragraph 20, this Answering Defendant lacks sufficient

7    knowledge or information to form a belief as to the truth of the allegations

8    contained therein and basing its denial on that ground, denies generally and

9    specifically, in the conjunctive and disjunctive, each and every allegation

10    contained therein.

11        21.    Answering paragraph 21, this Answering Defendant lacks sufficient

12    knowledge or information to form a belief as to the truth of the allegations

13    contained therein and basing its denial on that ground, denies generally and

14    specifically, in the conjunctive and disjunctive, each and every allegation

15    contained therein.

16        22.    Answering paragraph 22, this Answering Defendant lacks sufficient

17    knowledge or information to form a belief as to the truth of the allegations

18    contained therein and basing its denial on that ground, denies generally and

19    specifically, in the conjunctive and disjunctive, each and every allegation

20    contained therein.  Answering paragraph 22, to the extent that the allegations are

21    an incomplete, inaccurate, or inapplicable statement of law, this Answering

22    Defendant denies generally and specifically, in the conjunctive and disjunctive,

23    each and every allegation contained therein.  To the extent that paragraph 22

24    contains legal conclusions, Answering Defendant need not respond.

25        23.    Answering paragraph 23, this Answering Defendant denies generally

26    and specifically, in the conjunctive and disjunctive, each and every allegation

27    contained therein.

28        24.    Answering paragraph 24, this Answering Defendant lacks sufficient

4

1   knowledge or information to form a belief as to the truth of the allegations
2   contained therein and basing its denial on that ground, denies generally and
3   specifically, in the conjunctive and disjunctive, each and every allegation
4   contained therein.  Answering paragraph 24, to the extent that the allegations are
5   an incomplete, inaccurate, or inapplicable statement of law, this Answering
6   Defendant denies generally and specifically, in the conjunctive and disjunctive,
7   each and every allegation contained therein.  To the extent that paragraph 24
8   contains legal conclusions, Answering Defendant need not respond.
9        25.    Answering paragraph 25, this Answering Defendant denies generally
10  and specifically, in the conjunctive and disjunctive, each and every allegation
11  contained therein.  To the extent that paragraph 25 contains legal conclusions,
12  Answering Defendant need not respond.
13       26.    Answering paragraph 26, to the extent that the allegations are an
14  incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant
15  denies generally and specifically, in the conjunctive and disjunctive, each and
16  every allegation contained therein.  To the extent that paragraph 26 contains legal
17  conclusions, Answering Defendant need not respond.  Answering Defendant
18  otherwise denies generally and specifically, in the conjunctive and disjunctive,
19  each and every allegation other contained therein.
20       27.    To the extent that paragraph 27 contains legal conclusions, Answering
21  Defendant need not respond.
22       28.    No response to paragraph 28 is required, however to the extent that
23  such a response is appropriate this Answering Defendant reincorporates its
24  responses to each paragraph referenced therein as though fully set forth herein.
25       29.    Answering paragraph 29 and each of its subparts, to the extent that the
26  allegations are an incomplete, inaccurate, or inapplicable statement of law, this
27  Answering Defendant denies generally and specifically, in the conjunctive and
28  disjunctive, each and every allegation contained therein.  To the extent that

5

Defendant's Answer to Complaint

1  paragraph 33 contains legal conclusions, Answering Defendant need not respond.

2       30.    Answering paragraph 30, to the extent that the allegations are an
3  incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant
4  denies generally and specifically, in the conjunctive and disjunctive, each and
5  every allegation contained therein.  To the extent that paragraph 30 contains legal
6  conclusions, Answering Defendant need not respond.

7       31.    Answering paragraph 31, to the extent that the allegations are an
8  incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant
9  denies generally and specifically, in the conjunctive and disjunctive, each and
10 every allegation contained therein.  To the extent that paragraph 35 contains legal
11 conclusions, Answering Defendant need not respond.

12      32.    Answering paragraph 32, to the extent that the allegations are an
13 incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant
14 denies generally and specifically, in the conjunctive and disjunctive, each and
15 every allegation contained therein.  To the extent that paragraph 32 contains legal
16 conclusions, Answering Defendant need not respond.  As to all other allegations in
17 paragraph 36, this Answering Defendant denies generally and specifically, in the
18 conjunctive and disjunctive, each and every allegation contained therein.

19      33.    Answering paragraph 33, this Answering Defendant lacks sufficient
20 knowledge or information to form a belief as to the truth of the allegations
21 contained therein and basing its denial on that ground, denies generally and
22 specifically, in the conjunctive and disjunctive, each and every allegation
23 contained therein.  In particular, this Answering Defendant currently has no
24 information regarding the specific relief sought by Plaintiff other than the general
25 statements set forth in his complaint.

26      34.    No response to paragraph 34 is required, however to the extent that
27 such a response is appropriate this Answering Defendant reincorporates its
28 responses to each paragraph referenced therein as though fully set forth herein.

Defendant's Answer to Complaint

35.     Answering paragraph 35 and each of its subparts, to the extent that the allegations are an incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.  To the extent that paragraph 35 contains legal conclusions, Answering Defendant need not respond.

36.     Answering paragraph 36 and each of its subparts, to the extent that the allegations are an incomplete, inaccurate, or inapplicable statement of law, this Answering Defendant denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.  To the extent that paragraph 36 contains legal conclusions, Answering Defendant need not respond.

37.     Answering paragraph 37, this Answering Defendant denies generally and specifically, in the conjunctive and disjunctive, each and every allegation contained therein.  To the extent that paragraph 37 contains legal conclusions, Answering Defendant need not respond.

## AFFIRMATIVE DEFENSES

Answering Defendant hereby alleges the following separate affirmative defenses to Plaintiff's complaint.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

As a first separate and affirmative defense, this Answering Defendant alleges that Plaintiff's complaint and/or any of its causes of action do not state facts sufficient to state a cause of action for which a remedy exists.

### SECOND AFFIRMATIVE DEFENSE
### (Failure to State a Cause of Action)

As a second separate and affirmative defense, this Answering Defendant alleges that the allegations stated in Plaintiff's complaint are ambiguous and unclear, and as such, do not state a cause of action for which a remedy exists.

## THIRD AFFIRMATIVE DEFENSE
### (Lack of Standing)

As a third separate and affirmative defense, this Answering Defendant alleges that Plaintiff lacks standing to challenge alleged barriers to the premises to the extent that the alleged barriers did not prevent Plaintiff from patronizing the premises and utilizing the parking lot, sidewalks, shopping center, and businesses contain therein, and therefore the alleged barriers did not result in any injury-in-fact to the Plaintiff.

## FOURTH AFFIRMATIVE DEFENSE
### (Lack of Standing)

As a fourth separate and affirmative defense, this Answering Defendant alleges that Plaintiff lacks standing to challenge alleged barriers to premises he did not visit prior to the filing of the complaint, has no plans to patronize the premises, nor any likelihood of patronizing the premises in the future.

## FIFTH AFFIRMATIVE DEFENSE
### (Statute of Limitations)

As a fifth separate and affirmative defense, this Answering Defendant alleges that Plaintiff's claims are barred by the applicable statute of limitations.

## SIXTH AFFIRMATIVE DEFENSE
### (Contribution)

As a sixth separate and affirmative defense, this Answering Defendant alleges that Plaintiff's losses, if any, (which this Answering Defendant denies and makes such assumption only for the purpose of this defense) were caused or contributed to by Plaintiff and/or persons other than this Answering Defendant.  In the event that any act or omission of this Answering Defendant is found to have contributed to said losses, Plaintiff's recovery, if any, from this Answering Defendant should be reduced by an amount proportionate to the degree of fault attributable to said Plaintiff or persons other than this Answering Defendant.

Defendant's Answer to Complaint

## SEVENTH AFFIRMATIVE DEFENSE
### (Comparative Fault)

As a seventh separate and affirmative defense, this Answering Defendant alleges that injuries and damages Plaintiff may have suffered (which this Answering Defendant denies and makes such assumption only for the purpose of this defense) which were caused by the tortious actions of persons and/or entities other than this Answering Defendant, must be apportioned, reduced, or allocated in direct proportion to that other entity's percentage of fault, pursuant to *Civil Code* section 1431.1, *et seq.*

## EIGHTH AFFIRMATIVE DEFENSE
### (Estoppel)

As an eighth separate and affirmative defense, this Answering Defendant alleges that Plaintiff is estopped to recover herein by reason of his own acts, omissions, representations and course of conduct, including violations of California law.

## NINTH AFFIRMATIVE DEFENSE
### (Waiver)

As a ninth separate and affirmative defense, this Answering Defendant alleges that Plaintiff waived his right, if he ever had any, to assert any claim or cause of action against this Answering Defendant, based upon the facts pleaded in Plaintiff's complaint.

## TENTH AFFIRMATIVE DEFENSE
### (Mitigation of Damages)

As a tenth separate and affirmative defense, this Answering Defendant alleges that Plaintiff has failed to take all reasonable steps necessary to mitigate his damages, thereby barring or reducing Plaintiff's desired recovery accordingly.

Defendant's Answer to Complaint

## ELEVENTH AFFIRMATIVE DEFENSE
### (Failure to Exercise Ordinary Care)

As an eleventh separate and affirmative defense, this Answering Defendant alleges that the alleged events, happenings, injuries, and/or damages, if any, were legally caused or contributed to by the failure of Plaintiff to exercise ordinary care with regard to patronage at the property.

## TWELFTH AFFIRMATIVE DEFENSE
### (Assumption of Risk)

As a twelfth separate and affirmative defense, this Answering Defendant alleges that at all times relevant herein and on or before the date of the incidents alleged in the Verified complaint, Plaintiff knew of and appreciated the hazards, conditions and risks involved in his conduct and the conduct of others referred to in the complaint, and thereby Plaintiff assumed all risks attendant thereto without liability of this Answering Defendant.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

As a thirteenth separate and affirmative defense, this Answering Defendant alleges that Plaintiff is barred from recovery by the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Preexisting Structure)

As a fourteenth separate and affirmative defense, this Answering Defendant alleges that Plaintiff's claims that the premises were constructed in violation of the ADA or Title 24 are barred to the extent the premises was constructed prior to the effective date of the ADA, Title 24, or their regulations.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Equivalent Facilitation)

As a fifteenth separate and affirmative defense, this Answering Defendant alleges that Plaintiff's claims are barred because, with respect to any particular

10

architectural element of the premises that depart from accessibility guidelines, the premises have provided "equivalent facilitation" in the form of alternative designs and technologies that provide substantially equivalent or greater access to and usability of the premises.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (Good Faith Efforts)

As a sixteenth separate and affirmative defense, this Answering Defendant alleges that it has made good faith efforts to comply with the ADA, the Unruh Act, and the California Disabled Persons Act, including providing appropriate alternative access.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Excessive Fines)

As a seventeenth separate and affirmative defense, this Answering Defendant alleges that the imposition of statutory minimum damages in this matter would violate this Answering Defendant's protection against excessive fines in violation of Article I, Section 17 of the California Constitution and the Eighth Amendment of the United States Constitution.

### EIGHTEENTH AFFIRMATIVE DEFENSE
### (No Upgrade Previously Required)

As an eighteenth separate and affirmative defense, this Answering Defendant alleges that it was not required by applicable laws to upgrade the property to disability standards as alleged in the complaint, prior to Plaintiff's alleged attempted patronage at the property.

### NINETEENTH AFFIRMATIVE DEFENSE
### (Acts of Third Parties)

As a nineteenth separate and affirmative defense, this Answering Defendant alleges that at all times mentioned in the complaint, the injuries and damages alleged therein were either wholly or in part proximately caused by the acts and

1  fault of persons, firms, corporations, or entities other than this Answering
2  Defendant.

### TWENTIETH AFFIRMATIVE DEFENSE
### (Indemnity)

5  As a twentieth separate and affirmative defense, this Answering Defendant
6  alleges that in the event Plaintiff should be awarded judgment against this
7  Answering Defendant in any manner or any amount by virtue of the complaint, this
8  Answering Defendant is entitled to indemnity for such amounts from those parties,
9  including those who are presently unknown or unidentified, who were primarily
10  responsible for such damages.

### TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Independent Intervening Cause)

13  As a twenty-first separate and affirmative defense, this Answering
14  Defendant alleges that any damages sustained by Plaintiff (which this Answering
15  Defendant denies, and makes such assumption only for the purpose of this defense)
16  were caused by the actions and/or omissions of someone other than this Answering
17  Defendant, over whom this Answering Defendant had no control.

### TWENTY-SECOND AFFIRMATIVE DEFENSE
### (No Cognizable Injury or Damages)

20  As a twenty-second separate and affirmative defense, this Answering
21  Defendant alleges that no damages or other cognizable injury were sustained by
22  Plaintiff.

### TWENTY-THIRD AFFIRMATIVE DEFENSE
### (No Pre-Litigation Notice)

25  As a twenty-third separate and affirmative defense, this Answering
26  Defendant alleges that Plaintiff failed to give pre-litigation notice of the alleged
27  defects.

28

## TWENTY-FOURTH AFFIRMATIVE DEFENSE
### (Equitable Claims Barred)

As a twenty-fourth separate and affirmative defense, this Answering Defendant alleges that Plaintiff's claims in equity are barred, in whole or in part, because Plaintiff's legal remedies are adequate.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE
### (Attorneys' Fees Barred)

As a twenty-fifth separate and affirmative defense, this Answering Defendant alleges that Plaintiff is not entitled to recover attorneys' fees or costs from Answering Defendant because Plaintiff's complaint did not cause any change in conduct, policy or procedure, and Plaintiff cannot establish that Answering Defendant violated any statute entitling Plaintiff to an award of attorneys' fees or costs. Alternatively, such an award should be barred or reduced to the extent they were not reasonably incurred, were incurred at an excessive rate, or were incurred with respect to others' fault.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE
### (Attorneys' Fees Waived by Plaintiff)

As a twenty-sixth separate and affirmative defense, this Answering Defendant alleges that Plaintiff explicitly waived any recovery of attorneys' fees under California *Code of Civil Procedure* section 1021.5 and/or the private attorney general doctrine by disclaiming such fees in the complaint, specifically at page six, footnote one.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE
### (Improper Defendant)

As a twenty-seventh separate and affirmative defense, this Answering Defendant alleges that it is not legally responsible for property that is not within its possession, custody or control.

Defendant's Answer to Complaint

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PRAYER**

WHEREFORE, this Answering Defendant prays for judgment as follows:

1.    That Plaintiff's complaint be dismissed with prejudice and Plaintiff take nothing thereby;

2.    For costs of suit incurred herein, including attorneys' fees; and

3.    For such other further relief as the Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

This Answering Defendant hereby demands a trial by jury for all claims for which a jury trial is permitted.

DATED:      April 17, 2019               AMUSEMENT INDUSTRY, INC.

By:_____
      BASHIR EUSTACHE
      Attorneys for Defendant
      SMART REAL ESTATE

---

14

Defendant's Answer to Complaint