JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, an individual, | Case No.: 5:19-cv-00389-JGB-KK$_x$ |
| Plaintiff, | |
| v. | **ORDER DISMISSAL WITH PREJUDICE** |
| ERIC SONGHO LEE, an individual; SMART REAL ESTATE, a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

ORDER DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff Joseph Sanchez ("Plaintiff") and Eric Songho Lee |
| 3 | and Smart Real Estate ("Defendants"), the Court hereby enters a dismissal with |
| 4 | prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each |
| 5 | party shall bear his or its own costs and attorneys' fees. |
| 6 | IT IS SO ORDERED. |
| 8 | DATED: September 18, 2019 |

_____
UNITED STATES DISTRICT COURT JUDGE